# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:23-mj-00148 |
| Jeffrey Reed | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 6/28/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jeffrey Reed ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment   ❐ Superseding Indictment   ❐ Information   ❐ Superseding Information   ☒ Complaint
❐ Probation Violation Petition   ❐ Supervised Release Violation Petition   ❐ Violation Notice   ❐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or remaining in an restricted building or grounds;
18 U.S.C. § 1752(a)(2) - Disorderly or disruptive conduct in, a restricted building or grounds;
18 U.S.C. § 1752(b)(1)(A)-Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
40 U.S.C. § 5104(e)(2)(D) - Disorderly conduct in a capitol building;
40 U.S.C. § 5104(e)(2)(G)-Parading, Demonstrating, or Picketing in a Capitol Building;
18 U.S.C. 231(a)(3)-Civil Disorder.

Date: 06/28/2023

*Issuing officer's signature*

City and state: Washington, D.C.       G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*